IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LORENZO COLE,

    Petitioner,

v.                                                       CASE NO. 1:06-cv-00213-MP-AK

JIM FULLER, CLERK OF
COURTS (DUVAL COUNTY) AND
STATE OF FLORIDA, CITY OF
JACKSONVILLE,

    RespondentS.

_____/

## **REPORT AND RECOMMENDATION**

By prior order, the Court directed Petitioner to file an amended pleading because the Court was, quite frankly, "uncertain what to make" of the original pleading. Doc. 9. Petitioner has complied with the Court's directive and has filed an "Amended Request for Injunctive Relief and Petition for Writ of Mandamus." Doc. 13. It is now abundantly clear that Petitioner is attacking matters which completely occurred in Duval County, Florida, which is located within the Middle District of Florida.

Petitioner has obviously filed this action in the wrong court, *see* 28 U.S.C. § 1391(b), and while dismissal is an option pursuant to 28 U.S.C. § 1406, the Court believes it is in the interest of justice that the case be transferred to the appropriate venue instead.

Accordingly, it is **RECOMMENDED** that this cause be **TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA** for all further proceedings.

**IN CHAMBERS** at Gainesville, Florida, this *18th* day of June, 2007.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.