IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LORENZO COLE,

    Petitioner,

v.                                      CASE NO. 1:06-cv-00213-MP-AK

JIM FULLER, CLERK OF
COURTS (DUVAL COUNTY) AND
STATE OF FLORIDA, CITY OF
JACKSONVILLE,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, which recommends that this case be transferred to the United States District Court for the Middle District of Florida. The Magistrate Judge filed the Report and Recommendation on Monday, June 18, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

Petitioner has filed objections to the Magistrate's Report, Doc. 18, in which he states that this case would most efficiently be handled in the Northern District. Under the law, venue in this case is proper "only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, [or] (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). In his amended petition, Petitioner alleges that the Clerk of Court for Duval County failed to approve Petitioner's public records request as part of a conspiracy to prevent Petitioner from proving the illegality of his

conviction.  Petitioner further alleges that the Circuit Court of Duval County is assisting the Clerk of Court in depriving Petitioner of the records to challenge his conviction.  It is clear that all Respondents reside in Duval County, which is in the Middle District of Florida, and that all events giving rise to this action occurred in Duval County.  Because of this, the Court agrees with the Magistrate that this case has no connection whatsoever to the Northern District of Florida, and that the proper forum for this action pursuant to § 1391(b) is the United States District Court for the Middle District of Florida, Jacksonville Division.  Therefore, having considered the Report and Recommendation and the objections thereto, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida, Jacksonville Division.

**DONE AND ORDERED** this __10th__ day of July, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge

*Case No: 1:06-cv-00213-MP-AK*